UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT BALLARDO,

Plaintiff,

v.

SUTTON SPECIALTY INSURANCE COMPANY,

Defendant.

Case No. 2:25-cv-03380-DC-CSK

~~[PROPOSED]~~ **ORDER RE: STIPULATION TO MODIFY DISCOVERY DEADLINES IN SCHEDULING ORDER**

Judge: Hon. Dena Coggins
Magistrate Judge: Hon. Chi Soo Kim
FPTC Date: Not yet set
Trial Date: Not yet set

Having reviewed and considered the Parties' Stipulation to Modify Discovery Deadlines in Scheduling Order, and good cause appearing under Federal Rule of Civil Procedure 16(b)(4) and Section X of the Scheduling Order, the Court hereby MODIFIES the Scheduling Order entered on March 11, 2026 [Doc. 15], as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Fact Discovery Completion | October 23, 2026 | January 21, 2027 |
| Initial Expert Disclosures and Reports | November 6, 2026 | February 4, 2027 |
| Rebuttal Expert Disclosures and Reports | November 30, 2026 | February 19, 2027 |
| Expert Discovery Completion | December 30, 2026 | March 5, 2027 |
| Last Day to File Motions | March 12, 2027 | No change |

The March 12, 2027 deadline to file motions is not modified. No final pretrial conference or trial date has been set. All other dates and provisions of the March 11, 2026 Scheduling Order not expressly modified above remain unchanged.

**IT IS SO ORDERED.**

Dated: October 16, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, ball.3380.25